IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAN NGHIA (MARGARET) CHAU,

Petitioner,

v.

MACY'S INC.,

Respondent.
_____/

No. 13-80211 RS

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**

This miscellaneous matter was opened when Dan Nghia (Margaret) Chau filed a petition to vacate an arbitration award. Although the docket includes a briefing schedule generated by counsel when efiling the petition, the matter was never set as a noticed motion, and no hearing date was calendared. *See* Civil Local Rule 7-1(a) ("Any written request to the Court for an order must be presented by one of the following means . . . ."). The parties have now stipulated to a briefing schedule extending the dates shown in the docket. While those dates were not established by the Court as the parties assert, the schedule they are now proposing is acceptable.

Accordingly, Respondent shall file its response on or before November 11, 2013. Any reply shall be filed on or before November 18, 2013. The matter will be heard on December 12, 2013 at 1:30 p.m. in Courtroom 3 - 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The Court reserves the right to take the matter under submission without argument pursuant to Civil Local Rule 7-1(b) and will provide notice if it elects to do so.

1  IT IS SO ORDERED

3  Dated:  10/18/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE